**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| OHC Liquidation Trust, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee,<br><br>　　　　Judgment Creditor,<br><br>vs.<br><br>Robert A. Mitchell,<br><br>　　　　Judgment Debtor.<br>_____<br><br>Chase Bank,<br><br>　　　　Garnishee.<br>_____ | No. MC-07-106-PHX-DGC<br><br>**ORDER AND JUDGMENT** |

OHC Liquidation Trust ("OHC") obtained a judgment of more than $20,000 against Robert Mitchell in the United States Bankruptcy Court for the District of Delaware. OHC registered the judgment in this Court pursuant to 28 U.S.C. § 1963. Dkt. #1. OHC now seeks to garnish funds owed to Mitchell by Chase Bank ("Chase"). Dkt. #9.

A writ of garnishment and summons were served on Chase on July 9, 2007. Dkt. ##6, 8. Chase asserted in its answer to the writ that it holds $465.25 belonging to Mitchell and that $240.25 could be applied to OHC's judgment against Mitchell. Dkt. #7. Chase further asserted that on July 14, 2008, it served Mitchell with the writ and summons, the underlying judgment, Chase's answer to the writ, and a notice to judgment debtor and request for hearing form. *Id.*

Mitchell has not filed an objection to Chase's answer to the writ.  Nor has he requested a hearing or filed a response to OHC's application for judgment on garnishment.

**IT IS THEREFORE ORDERED:**

1. OHC Liquidation Trust's application for judgment on garnishment (Dkt. #9) is **granted**.
2. Judgment is entered in favor OHC Liquidation Trust and against Robert A. Mitchell in the amount of **$240.25**.
3. Chase Bank shall, pursuant to the writ of garnishment and judgment, pay the $240.25 it owes Robert A. Mitchell to the Trust Account of Michael Zdancewicz, PLLC, for the benefit of OHC Liquidation Trust.
4. The Clerk shall **terminate** this action.

DATED this 18th day of September, 2008.

_____
David G. Campbell
United States District Judge